[959 NE2d 511, 935 NYS2d 574]

SUPERIOR OFFICERS COUNCIL HEALTH & WELFARE FUND et al., Appellants, v EMPIRE HEALTHCHOICE ASSURANCE, INC., Doing Business as EMPIRE BLUECROSS BLUESHIELD, Respondent.

Decided November 21, 2011

APPEARANCES OF COUNSEL

*Mirkin & Gordon, P.C.*, Great Neck (*Joel Spivak, Donna M. Cliff* and *Stephen F. Gordon* of counsel), for appellants.

*Gibson, Dunn & Crutcher LLP*, New York City (*Randy M. Mastro* and *Jonathan D. Fortney* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

The Appellate Division properly construed the plain language of the agreement and determined that plaintiffs' failure to adopt a drug formulary bars them from sharing in certain rebates that defendant received from prescription drug manufacturers. Additionally, plaintiffs fail to state a cause of action for breach of fiduciary duty separate and apart from their breach of contract claim.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.